In the Matter of John Shipway and Brother.— Motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Elizabeth Reich v. E. W. Bliss Buildings, Inc.— Motion denied, without costs. Memorandum per curiam. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Thomas Gilson v. Josehua Silverstein.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Louise Zucker v. Frederick W. Whitridge, as Receiver.— Motion granted. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Rabbi Jacob Joseph School v. Fidelity and Casualty Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Isaac Polstein v. General Accident, Fire and Life Assurance Corporation.— Application granted. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Lalance & Grosjean Manufacturing Company v. Brooklyn Heights Railroad Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Mechanics and Metals National Bank v. Guiseppe Termini.— Application granted on stipulation. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Samuel H. Spear v. Charles A. Robinson and Another. Samuel H. Spear v. Charles A. Robinson and Another.— Application denied, with ten dollars costs. Order signed. Motion for stay denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

The Mylvirn Corporation v. N. Passman & Son, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Beatrice Finkelstein v. Nathan Finkelstein.— Motion granted. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Thomas Gilson v. Joshua Silverstein.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Lawrence E. Brown v. Charles A. Robinson and Others.— Motion granted. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Joseph Schneider v. Union Dime Savings Bank.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.

Philip Munter Company v. Toilette Products Company.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ.